```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 17038
   JAMES BRUTON
                                                    CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-7767


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/18/07 .

    2.  The case was dismissed without confirmation, 01/17/2008.

-------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO BANK         CURRENT MORTG         .00             .00           .00
WELLS FARGO BANK         MORTGAGE ARRE   NOT FILED             .00           .00
CITIFINANCIAL AUTO       SECURED VEHIC         .00             .00           .00
DRIVE FINANCIAL SERVICES SECURED VEHIC         .00             .00           .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED             .00           .00
AMERICAN RECOVERY SYSTEM UNSECURED       NOT FILED             .00           .00
CREDIT MANAGEMENT SERVIC UNSECURED       NOT FILED             .00           .00
FRANKLIN COLLECTION      UNSECURED       NOT FILED             .00           .00
NICOR GAS                UNSECURED       NOT FILED             .00           .00
PRINCE PARKER & ASSOC    UNSECURED       NOT FILED             .00           .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED     PRIORITY     UNSECURED       OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00           .00          .00         .00
PRINCIPAL PAID           .00          .00           .00          .00         .00
INTEREST PAID            .00          .00           .00          .00         .00
TOTAL PAID               .00          .00           .00          .00         .00
The Debtor's attorney, JOHN P DEVONA             , was allowed $            .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 04/16/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
CASE NO. 07 B 17038 JAMES BRUTON
```